1

2

3

4

5

6

7

8               UNITED STATES DISTRICT COURT

9               SOUTHERN DISTRICT OF CALIFORNIA

10

11   STEPHEN J. BARRETT,                    )   Civil No. 02-CV-2210-L (CAB)
                                            )
12                  Plaintiff,              )   **ORDER STRIKING DEFENDANT'S**
                                            )   **NOTICE OF ORDER  [doc. #217]**
13   v.                                     )
                                            )
14   CARLOS F. NEGRETE, HULDA               )
     CLARK, dba NEW CENTURY PRESS,          )
15                                          )
                    Defendants.             )
16   _____       )

17        Defendant Carlos Negrete filed "notice of ruling and trial setting" after a status

18   conference in this case.  In his filing he states that the "Court ruled as follows" and the Court

19   "also commented" about certain issues.  Negrete's filing is inappropriate and will be stricken

20   from the record.  Only the Court enters written orders.  When a hearing is on the record, the

21   Reporter's Transcript of Proceedings is the official statement of rulings in the absence of a

22   separate order by the Court.  Counsel therefore is not permitted to indicate or summarize what

23   the Court's rulings are.  Additionally, it is highly improper for counsel to suggests in a filing

24   what the Court's comments were.  The Court's comments are found solely in the Transcript of

25   Proceedings.

26        Also, Civil Local Rule 77.3 states that "[i]mmediately upon the entry of an order or

27   judgment in an action within the Electronic Filing System, the Clerk will transmit to filing users

28   a Notice of Electronic Filing."  In other words, it is the obligation of the Clerk to give notice of

02CV2210

1  orders, not counsel.

2      Based on the foregoing, defendant's notice of ruling and trial setting is **STRICKEN** from

3  the record. [doc. #217]

4      **IT IS SO ORDERED.**

5  DATED:  February 8, 2010

6  _____
   M. James Lorenz
7  United States District Court Judge

8  COPY TO:

9  HON. CATHY ANN BENCIVENGO
   UNITED STATES MAGISTRATE JUDGE
10

11 ALL COUNSEL/PARTIES

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

02CV2210